```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
 UNITED STATES OF AMERICA              :
                                       :
                 -v-                   :          04cr113 (DLC)
                                       :
 WILLIE BROWN a/k/a REGINALD LLOYD     :             ORDER
 SPEED,                                :
                                       :
                      Defendant.       :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On June 30, 2020, defendant Willie Brown filed a motion to modify or reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  It is hereby

ORDERED that the Government shall file its response to the June 30 motion by **July 15, 2020.**

IT IS FURTHER ORDERED that, in its response, the Government shall indicate whether Brown will be promptly deported if his sentence is modified or reduced pursuant to § 3582 (c)(1)(A).

Dated:    New York, New York
          July 2, 2020

                                    _____
                                              DENISE COTE
                                    United States District Judge