```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
 UNITED STATES OF AMERICA                :
                                         :
                 -v-                     :      04cr113 (DLC)
                                         :
 WILLIE BROWN a/k/a REGINALD LLOYD       :          ORDER
 SPEED,                                  :
                                         :
                         Defendant.      :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On June 30, 2020, defendant Willie Brown filed a motion to modify or reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A).  The Government opposed the June 30 motion on July 15.  An Order of July 16 denied Brown's June 30 petition.  On September 10, Brown renewed his motion for a reduction of sentence.  The September 10 motion asserts that Brown requested compassionate release from the warden of his facility pursuant to § 3582 on August 6.  It is hereby

ORDERED that the Government shall, by **September 22, 2020,** advise the Court of whether the Bureau of Prisons has a record of Brown's August 6 request.  The Government may also include in its response any supplement to its July 15 submission.  If no supplement is received from the Government, the Court will consider the Government's July 15 submission when it addresses

Brown's renewed application.

SO ORDERED:

Dated:   New York, New York
         September 14, 2020

                                     _____
                                           DENISE COTE
                                    United States District Judge