```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
 UNITED STATES OF AMERICA              :
                                       :
             -v-                       :       04cr113 (DLC)
                                       :
 WILLIE BROWN,                         :       ORDER
                                       :
                     Defendant.        :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

On June 29, 2020, Willie Brown filed a motion for modification or reduction of sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). This Court denied the motion on July 16, 2020 for failure to comply with the statutory exhaustion requirement of § 3582(c)(1)(A). The denial was without prejudice to a renewed application from Brown for compassionate release based on the COVID-19 pandemic, so long as he complied with the statutory exhaustion requirement. Brown renewed his request for compassionate release on September 10. On October 9, his application for compassionate release was denied on the merits.

In a motion dated February 10, 2021, Brown renewed his request for compassionate release.[1] In this submission, Brown indicated that his medical status has worsened since his prior application for compassionate release, including a potential

---

[1] The February 10, 2021 motion was received and docketed by these Chambers on February 19, 2021.

recurrence of prostate cancer.  Brown also claims that he filed an administrative request for compassionate release with his warden on December 19, 2020 but has not received a response.  Accordingly, it is hereby

ORDERED that the Government shall file a response to Brown's February 10 motion by **March 25, 2021**.

IT IS FURTHER ORDERED that, in its response, the Government shall (1) indicate whether the Bureau of Prisons has a record of Brown's December 19, 2020 administrative request and (2) respond to Brown's claims regarding deterioration of his medical status since his September 10, 2020 filing, including information regarding the evaluation and, if necessary, treatment of Brown's potentially recurring cancer.

IT IS FURTHER ORDERED that the Clerk of Court shall mail Brown a copy of this Order and note mailing on the docket.

SO ORDERED:

Dated:   New York, New York
         February 25, 2021

_____
DENISE COTE
United States District Judge