```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA               :
                                       :
              -v-                      :          04cr113 (DLC)
                                       :
WILLIE BROWN,                          :              ORDER
                                       :
              Defendant.               :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

Between June 2020 and the present, Willie Brown has filed three motions for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A). All three motions cite as a basis for release his age, his health, and the risks of incarceration during the COVID-19 pandemic. In Orders of June 29, 2020, October 9, 2020, and March 29, 2021, the Court denied the motions. On April 25, 2021,[1] Brown sent a letter to the Court titled "Re: Compassionate Release of Willie Brown Case No. 1:04-cr-00113-DLC."[2] In his letter, Brown again requests compassionate release based on his age, his health, and COVID-19.

The Court construes the letter as a motion for reconsideration of its prior Orders denying compassionate

---

[1] The letter was received and docketed by this Chambers on May 18.

[2] Brown's letter does not appear to have been sent by Brown himself; the return address indicates that it is from "Willie Brown c/o Jaclyn K. Perez."

release, and the motion for reconsideration is denied.  In addressing Brown's three prior motions for compassionate release, the Court considered Brown's age, health, and COVID-19 risk and concluded that the relevant factors did not weigh in favor of release.  The April 25 letter does not provide a basis to reconsider that conclusion.  Accordingly, it is hereby

ORDERED that the April 25, 2021 request, which is construed as a motion for reconsideration, is denied.

IT IS FURTHER ORDERED that the Clerk of Court shall mail Brown a copy of this Order at his current Bureau of Prisons address and note mailing on the docket.  The Clerk of Court shall also mail a copy of this Order to:

>   Jaclyn K. Perez
>   2801 Forest Hills Blvd #5
>   Coral Springs, FL 33065

SO ORDERED:

Dated: New York, New York
       May 20, 2021

_____
DENISE COTE
United States District Judge