UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :
               -v-                    :        04cr113 (DLC)
                                      :
WILLIE BROWN,                         :           ORDER
                                      :
               Defendant.             :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

In a letter dated May 17, 2021,[1] Willie Brown moved for reconsideration of this Court's Orders denying his three prior motions for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A).[2] As a basis for reconsideration, Brown cites alleged deterioration in his health and the risk of incarceration during the COVID-19 pandemic. The Court has reviewed Brown's May 17 letter -- including the medical records associated with his May 2021 hospitalization enclosed with the May 17 letter -- and concludes that the relevant factors do not weigh in favor of compassionate release. Accordingly, it is hereby

---

[1] The letter was received and docketed by this Chambers on May 24.

[2] The May 17 letter is Brown's second motion for reconsideration of denial of compassionate release; a prior motion for reconsideration was denied in an Order of May 20, 2021.

ORDERED that the May 17, 2021 motion for reconsideration is denied.

IT IS FURTHER ORDERED that the Clerk of Court shall mail Brown a copy of this Order and note mailing on the docket.

SO ORDERED:

Dated: New York, New York
May 26, 2021

```
_____
        DENISE COTE
United States District Judge
```