UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :
            -v-                       :         04cr113 (DLC)
                                      :
WILLIE BROWN,                         :            ORDER
                                      :
                  Defendant.          :
                                      :
------------------------------------- X

DENISE COTE, District Judge:

On June 1,[1] Willie Brown moved again for reconsideration of this Court's Orders denying his prior motions for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), in particular reconsideration of this Court's ruling on his May 17, 2021 motion for compassionate release. That motion was denied in an Order of May 26 that reflected review of the medical records associated with his May 2021 hospitalization. Brown's motion presents the same issues of fact and law involved in his prior requests and reconsideration is therefore unwarranted. Accordingly, it is hereby

ORDERED that the June 1 motion for reconsideration is denied.

---

[1] The motion was received and docketed by this Chambers on June 9, 2021.

IT IS FURTHER ORDERED that the Clerk of Court shall mail Brown a copy of this Order and note mailing on the docket.

SO ORDERED:

Dated: New York, New York
July 14, 2021

_____
DENISE COTE
United States District Judge