```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------- X
                                       :
UNITED STATES OF AMERICA               :
                                       :
                -v-                    :            04cr113 (DLC)
                                       :
WILLIE BROWN,                          :            ORDER
                                       :
                      Defendant.       :
                                       :
-------------------------------------- X
```

DENISE COTE, District Judge:

In an application docketed on August 3, 2021, Willie Brown has moved for the appointment of counsel to assist him in moving for compassionate release pursuant to Title 18, United States Code, § 3582(c)(1)(A). In the alternative, he seeks a certificate of appealability of this Court's July 14, 2021 Order denying his motion for reconsideration of this Court's denial of his motions for compassionate release. It is hereby

ORDERED that the motion for appointment of counsel is denied.

IT IS FURTHER ORDERED that the request for a certificate of appealability is denied, as the certificate of appealability requirement does not apply to Brown's intended appeal. A federal prisoner must secure a certificate of appealability only to appeal a district court decision addressing a petition for relief pursuant to Title 28, United States Code, Section 2255.

Fed. R. App. P. 22(b)(1).  Brown may appeal the July 14, 2021 Order without first securing a certificate of appealability.

IT IS FURTHER ORDERED that, construing Brown's application as a request to extend the deadline to file a notice of appeal of the July 14, 2021 Order and finding good cause for an extension, the deadline is extended to August 27, 2021.  Fed. R. App. P. 4(b)(4).

IT IS FURTHER ORDERED that the Clerk of Court shall mail Brown a copy of this Order and note mailing on the docket.

SO ORDERED:

Dated:    New York, New York
          August 6, 2021

                                              DENISE COTE
                                United States District Judge