UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
UNITED STATES OF AMERICA             :
                                     :
        -v-                          :        04cr113 (DLC)
                                     :
WILLIE BROWN,                        :            ORDER
                                     :
                   Defendant.        :
                                     :
------------------------------------ X

DENISE COTE, District Judge:

    Willie Brown has requested that this Court grant a
certificate of appealability as to its August 6, 2021 Order
denying the appointment of counsel to assist him in making a
motion for compassionate release.  As the Court noted in the
August 6, 2021 Order, the certificate of appealability
requirement does not apply to his intended appeal because his
appeal does not involve a petition for relief under 28 U.S.C. §
2255.  Accordingly, it is hereby

    ORDERED that the request for a certificate of appealability
is denied.

    IT IS FURTHER ORDERED that the Clerk of Court shall mail
Brown a copy of this Order and note mailing on the docket.

    SO ORDERED:

Dated:    New York, New York
          November 17, 2021

                                    _____
                                         DENISE COTE
                              United States District Judge